SAMUEL LASHER, Respondent, v. METROPOLITAN SAVINGS BANK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNIE BENDER, Respondent, v. NEW YORK RAILWAYS COMPANY, Impleaded with WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ABRAHAM BENDER, Respondent, v. NEW YORK RAILWAYS COMPANY, Impleaded with WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MORRIS A. JACOBS, Respondent, v. BENJAMIN ABRAMSON and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAX BUCHMAN, Respondent, v. BENJAMIN ABRAMSON and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

IRENE MEILEKAN, an Infant, etc., by JOSEPH MEILEKAN, Her Guardian ad Litem, Respondent, v. IMPERIAL INVESTING CORPORATION, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $5,149.95; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH MEILEKAN, Respondent, v. IMPERIAL INVESTING CORPORATION, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $1,140.45; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Transfer Tax upon the Estate of RICHARD C. LAKE, Deceased. ROGER L. FOOTE and Others, as Executors, etc., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.